# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WIKA, JARRETT MATTHEW         §   Case No. 13-81730
                                     §
                                     §
Debtor(s)                            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/30/2014 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  03/31/2014          By:  /s/JAMES E. STEVENS
                                                                                                         Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WIKA, JARRETT MATTHEW         § Case No. 13-81730
                                      §
                                      §
Debtor(s)                             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 6,475.00 |
| *and approved disbursements of* | $ 60.00 |
| *leaving a balance on hand of* [1] | $ 6,415.00 |
| **Balance on hand:** | $ 6,415.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| | None | | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,415.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 1,397.50 | 0.00 | 1,397.50 |
| Attorney for Trustee, Fees - Barrick Switzer Law Firm | 1,209.50 | 0.00 | 1,209.50 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,607.00 |
| Remaining balance: | $ 3,808.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,808.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,808.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,818.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 79.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 2,532.07 | 0.00 | 2,000.92 |
| 2 | Capital One Bank (USA), N.A. | 2,286.78 | 0.00 | 1,807.08 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,808.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $       0.00
Remaining balance:   $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $       0.00
Remaining balance:   $       0.00

Prepared By:   /s/JAMES E. STEVENS
                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                        Case No. 13-81730-TML
Jarrett Matthew Wika                                          Chapter 7
      Debtor                   CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave              Page 1 of 2                  Date Rcvd: Mar 31, 2014
                              Form ID: pdf006              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2014.
db           +Jarrett Matthew Wika,    145 Weaver Drive,    Cary, IL 60013-2240
20461937     +ACL, Inc.,    P.O. Box 27901,   West Allis, WI 53227-0901
20461938     +Advocate Good Shepherd Hospital,    450 W. Highway 22,    Barrington, IL 60010-1999
20461939     +Alexian Brothers Behavioral Health Hospi,    21272 Network Place,    Chicago, IL 60673-1212
20461941      Associated Recovery Systems,    270 W. 2nd Avenue,    Escondido, CA 92025-4147
20461943     +BMO Harris Bank Consumer Lending Center,    3800 Golf Road, Suite 300,
               Rolling Medows, IL 60008-4037
20461942     #Bank Of America,    P.O. Box 15026,   Wilmington, DE 19850-5026
20461945     +CBE Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
20461944      Capital One,    Bankruptcy Department,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
20750617      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20461946     +Centegra Hospital - McHenry,    4201 W. Medical Center Drive,    McHenry, IL 60050-8409
20461947      Centegra Hospital - Woodstock,    P.O. Box 1990,    Woodstock, IL 60098-1990
20461948     +Centegra Memorial Medical Center,    P.O. Box 1990,    Woodstock, IL 60098-1990
20461949     +Centegra Northern Illinois Medical Cente,    P.O. Box 1447,    Woodstock, IL 60098-1447
20461950     +Centegra Physician Care,    P.O. Box 37847,    Philadelphia, PA 19101-0147
20461951      Chase Card Services,    P.O. Box 15548,    Wilmington, DE 19886-5548
20461952     +Client Services, Inc.,    3451 Harry Truman Blvd.,    St. Charles, MO 63301-9816
20461953      Computer Credit, Inc.,    P.O Box 5238,    Winston-Salem, NC 27113-5238
20461954     +Creditors Discount & Audit Co.,    415 Main Street,    Streator, IL 61364-2927
20461955     +Crystal Lake Oral & Maxillofacial Surger,    690 N. IL Route 31,    Crystal Lake, IL 60012-3790
20461956      Dish Network,    Dept. 0063,   Palatine, IL 60055-0063
20461958     +Francis X. Gosser,    105 Van Buren Street,    Woodstock, IL 60098-3246
20461959     +From Pain To Wellness,    1 Trans Am Plaza Drive, Suite 100,    Oakbrook Terrace, IL 60181-4286
20461960      HSBC/Nautilus,    Retail Services,    P.O. Box 15521,   Wilmington, DE 19850-5521
20461964     +MRS Associates Of New Jersey,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
20461962     +Mercy Health System,    1000 Mineral Point Avenue,    Janesville, WI 53548-2940
20461965      Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
20461966      Penn Credit,    P.O. Box 988,   Harrisburg, PA 17108-0988
20461967      Premier Health Parnters, LLC,    39637 Treasury Center,    Chicago, IL 60694-9600
20461968     #Revenue Cycle Solutions,    P.O. Box 361230,    Birmingham, AL 35236-1230
20461969     +Rush University Medical Center,    1700 W. Van Buren Street, Suite 161 TOB,
               Chicago, IL 60612-3228
20461970      Sear Credit Cards,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
20461971      Superior Air Ground Amb Serv,    P.O. Box 1407,    Elmhurst, IL 60126-8407
20461935     +Thomas Law Office,    30 North Western Avenue,    Carpentersville, IL 60110-1731
20461972      Tri-County Emergency Physician,    P.O. Box 98,    Barrington, IL 60011-0098
20461973     #University Pathologists, P.C.,    5620 Southwyck Blvd.,    Toledo, OH 43614-1501
20461974     +Walter Wika,    384 James Way,    Cary, IL 60013-2118
20461976      Wellington Radiology Group, SC,    39006 Treasury Ctr,    Chicago, IL 60694-9000
20461934     +Wika Jarrett Matthew,    145 Weaver Drive,    Cary, IL 60013-2240
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20461936     +E-mail/Text: jpietig@aamsonline.com Apr 01 2014 01:53:49      AAMS,
               4800 Mills Civic Parkway, Suite 202,    West Des Moines, IA 50265-5265
20461940      E-mail/Text: ebn@americollect.com Apr 01 2014 01:54:06      Americollect Inc.,    P.O. Box 1566,
               Manitowoc, WI 54221-1566
20710650      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 01 2014 01:56:46
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK 73126-8941
20461961      Fax: 847-227-2151 Apr 01 2014 02:49:43      Medical Recovery Specialists, Inc.,
               2250 E. Devon Avenue, Suite 352,    Des Plaines, IL 60018-4519
20461963      E-mail/Text: bankruptcydpt@mcmcg.com Apr 01 2014 01:53:50      Midland Credit Management, Inc.,
               P.O. Box 60578,   Los Angeles, CA 90060-0578
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20461975*    +Walter Wika,   384 James Way,    Cary, IL 60013-2118
20461957    ##FIA Card Services,    P.O. Box 15026,   Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                   Date Rcvd: Mar 31, 2014
                              Form ID: pdf006              Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2014                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2014 at the address(es) listed below:
              Colleen G. Thomas    on behalf of Debtor Jarrett Matthew Wika colleenthomaslaw@aol.com
              James E Stevens    on behalf of Debtor Jarrett Matthew Wika jimstevens@bslbv.com, IL48@ecfcbis.com
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                            TOTAL: 5
```