# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: WIKA, JARRETT MATTHEW          §   Case No. 13-81730
                                      §
                                      §
                                      §
Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $96,920.00              Assets Exempt: $96,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,808.00   Claims Discharged
                                             Without Payment: $44,380.60

Total Expenses of Administration: $2,667.00

---

3) Total gross receipts of $ 6,475.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,475.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,667.00 | 2,667.00 | 2,667.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,794.75 | 4,818.85 | 4,818.85 | 3,808.00 |
| **TOTAL DISBURSEMENTS** | $47,794.75 | $7,485.85 | $7,485.85 | $6,475.00 |

    4) This case was originally filed under Chapter 7 on May 09, 2013. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/19/2014        By: /s/JAMES E. STEVENS
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Dodge Ram 2500 other vehicles and accessori | 1129-000 | 6,475.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,475.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,397.50 | 1,397.50 | 1,397.50 |
| Barrick Switzer Law Firm | 3110-000 | N/A | 1,209.50 | 1,209.50 | 1,209.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,667.00 | $2,667.00 | $2,667.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 2,550.00 | 2,532.07 | 2,532.07 | 2,000.92 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 1,875.00 | 2,286.78 | 2,286.78 | 1,807.08 |
| NOTFILED | Penn Credit | 7100-000 | 22.00 | N/A | N/A | 0.00 |
| NOTFILED | Revenue Cycle Solutions | 7100-000 | 129.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Health Parnters, LLC | 7100-000 | 330.00 | N/A | N/A | 0.00 |
| NOTFILED | Americollect Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | From Pain To Wellness | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 48.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rush University Medical Center | 7100-000 | 955.00 | N/A | N/A | 0.00 |
| NOTFILED | FIA Card Services | 7100-000 | 6,150.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | HSBC/Nautilus Retail Services | 7100-000 | 775.00 | N/A | N/A | 0.00 |
| NOTFILED | Sear Credit Cards | 7100-000 | 3,075.00 | N/A | N/A | 0.00 |
| NOTFILED | Computer Credit, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Walter Wika | 7100-000 | 5,092.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Discount & Audit Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wellington Radiology Group, SC | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| NOTFILED | University Pathologists, P.C. | 7100-000 | 2.00 | N/A | N/A | 0.00 |
| NOTFILED | Superior Air Ground Amb Serv | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-County Emergency Physician | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Client Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Medical Recovery Specialists, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Francis X. Gosser | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 6,150.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank Consumer Lending Center | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Northstar Location Services, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Behavioral Health Hospi | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Behavioral Health Hospi | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | ACL, Inc. | 7100-000 | 145.00 | N/A | N/A | 0.00 |
| NOTFILED | MRS Associates Of New Jersey | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AAMS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - McHenry | 7100-000 | 825.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Northern Illinois Medical Cente | 7100-000 | 1,885.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Physician Care | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Memorial Medical Center | 7100-000 | 1,003.75 | N/A | N/A | 0.00 |
| NOTFILED | AAMS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Centegra Memorial Medical Center | 7100-000 | 1,502.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - Woodstock | 7100-000 | 1,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - Woodstock | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - Woodstock | 7100-000 | 750.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Crystal Lake Oral & Maxillofacial Surger | 7100-000 | 8,600.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$47,794.75** | **$4,818.85** | **$4,818.85** | **$3,808.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81730  
**Case Name:** WIKA, JARRETT MATTHEW  

**Period Ending:** 06/19/14

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/09/13 (f)  
**§341(a) Meeting Date:** 06/13/13  
**Claims Bar Date:** 09/23/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Harris Bank checking account ending in 5172 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Harris Bank savings account ending in 7632 in ba | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Household furnishings audio, video, and computer | 750.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Fishing equipment and other hobby equipment. | 20.00 | 20.00 | | 0.00 | FA |
| 6 | ECA and IBEW Local 134 Pension Plan Annuity Fund | 96,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2005 Dodge Ram 2500 other vehicles and accessori | 12,025.00 | 12,025.00 | | 6,475.00 | FA |
| 7 | **Assets  Totals** (Excluding unknown values) | **$108,945.00** | **$12,045.00** | | **$6,475.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014      **Current Projected Date Of Final Report (TFR):**   March 10, 2014  (Actual)

Printed: 06/19/2014 09:14 AM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-81730
**Case Name:** WIKA, JARRETT MATTHEW

**Taxpayer ID #:** **-***0833
**Period Ending:** 06/19/14

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ******7866 - Checking Account
**Blanket Bond:** $780,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/13 | {7} | Walter Wike | payment towards 2005 Dodge Ram | 1129-000 | 5,000.00 | | 5,000.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 10/14/13 | {7} | Jarrett Wika | payment on car | 1129-000 | 500.00 | | 5,490.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,480.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,470.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,460.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,450.00 |
| 02/11/14 | {7} | Jarrett Wika | final payment on car | 1129-000 | 975.00 | | 6,425.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,415.00 |
| 04/30/14 | 101 | Barrick Switzer Law Firm | Dividend paid 100.00% on $1,209.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,209.50 | 5,205.50 |
| 04/30/14 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,397.50, Trustee Compensation;  Reference: | 2100-000 | | 1,397.50 | 3,808.00 |
| 04/30/14 | 103 | American InfoSource LP as agent for | Dividend paid 79.02% on $2,532.07; Claim# 1; Filed: $2,532.07; Reference: | 7100-000 | | 2,000.92 | 1,807.08 |
| 04/30/14 | 104 | Capital One Bank (USA), N.A. | Dividend paid 79.02% on $2,286.78; Claim# 2; Filed: $2,286.78; Reference: | 7100-000 | | 1,807.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,475.00 | 6,475.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,475.00 | 6,475.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,475.00** | **$6,475.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7866 | 6,475.00 | 6,475.00 | 0.00 |
| | $6,475.00 | $6,475.00 | $0.00 |

{} Asset reference(s)